ATTORNEY GRIEVANCE COMMISSION
OF MARYLAND

      Petitioner

v.

STEVEN SCOTT FLOAM

      Respondent

\*   IN THE
\*   COURT OF APPEALS
\*   OF MARYLAND
\*
\*   Misc. Docket AG
\*   No. 0006
\*   September Term, 2015
\*
\*   Circuit Court for
\*   Baltimore County
\*   Case No. 03-C-15-003479 AG

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

This matter having come before the Court upon the filing of a Joint Petition for

Reprimand by Consent, and the Court having considered same,

NOW, THEREFORE, it is this ___9th___ day of _____June_____, 2015,

ORDERED, by the Court of Appeals of Maryland, that Steven Scott Floam, Respondent

in the captioned disciplinary proceeding, is hereby reprimanded for violating Rule 8.1(b) of the

Maryland Lawyers' Rules of Professional Conduct.

                                __/s/ Glenn T. Harrell, Jr.__
                                Senior Judge